UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice A. Subert, Individually and as Representative on behalf of the Estate of Richard E. Subert, ) ) ) | MDL 875 |
| Plaintiff, ) ) | |
| vs. ) ) | Case No: 11-CV-63484 |
| A.W. Chesterton Company, et al., ) ) | |
| Defendants. ) | |

FILED
MAR 19 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 19th day of March, 2012, it is hereby **ORDERED**, as follows:

1. Defendant Metso Paper USA, Inc.'s motion for reconsideration, filed March 15, 2012, is **GRANTED**;

2. Defendant Metso Paper USA, Inc's motion for leave to file a reply brief in support of its motion to dismiss, Docket No. 229, was timely filed and unopposed, and therefore is **GRANTED**;

3. Upon consideration of Metso Paper USA, Inc.'s motion to dismiss, Docket No. 184, plaintiff's opposition thereto, Docket Nos. 227 and 228, and defendant's reply offered with its motion for leave, Docket No. 228, it is **ORDERED**, for the reasons set forth in Paragraph 1 of the Court's Order of March 12, 2012, that the motion to dismiss is **GRANTED**, the claims in this case are **DISMISSED** and the case shall be marked **CLOSED**.[1]

IT IS SO ORDERED.

_____
United States District Judge

---

[1] Plaintiffs provided only pathology and radiology reports indicating that the decedent had lung cancer. Plaintiffs' Administrative Order No. 12 Report provided no exposure history, and no mention of asbestos. See doc. no. 227, Pls.' Ex. 7; doc. no. 228, Pls.' Ex. B-28.